

# NUMBER 13-22-00127-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**HOWARD ADAMS,** **Appellant,**

**v.**

**MICHELLE CAROL ATKINSON,** **Appellee.**

**On appeal from the 130th District Court
of Matagorda County, Texas.**



# NUMBER 13-22-00128-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE ESTATE OF J.W. MASSEY, DECEASED.

**On appeal from the County Court
of Matagorda County, Texas.**

# ORDER

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

Appellant Howard Adams filed a notice of appeal on March 28, 2022 in appellate cause number 13-22-00127-CV, attempting to appeal the trial court's "judgment dated March 22, 2022, as well as all prior orders merged therein, including the undated Order Granting Summary Judgment." A second notice of appeal was also filed March 28, 2022 in appellate cause number 13-22-00128-CV attempting to appeal "the judgment of the

130th District Court in Cause No. 21-F-0434 dated March 22, 2022 which transferred that cause back to Cause No. PR20-0144, as well as all prior orders merged therein, including the undated Order Granting Summary Judgment in Cause No. 21-F-0434." Subsequently, appellant filed an unopposed motion to consolidate the appeals in which he stated that the separate notices of appeal were filed "[o]ut of an abundance of caution," as the case involved a transfer between the probate court and the 130th District Court.

Upon review, it appears that appellant is attempting to appeal an "Order to Transfer Back to County Court," signed on March 22, 2022, which may not be a final, appealable order. Additionally, it appears that appellant's notice of appeal might also be attempting to appeal an "Order Granting Summary Judgment," signed in February 2022. Should this Court determine the summary judgment order is not final and appealable, this appeal may be dismissed for want of jurisdiction. Therefore, on this day, the Court orders appellant to file a short letter brief identifying law that clearly establishes this Court's jurisdiction to review either or both orders within twenty days. Appellee may file a short response, if any, within ten days of appellant's letter brief.

                                                                PER CURIAM

Delivered and filed on the
19th day of April, 2022.

3